Robert M. Tzall, Esq.
Nevada State Bar No. 13412
Contemporary Legal Solutions
2551 North Green Valley Parkway
Building C, Suite 303
Henderson, NV 89014
(702) 666-0233
office@contemporarylegalsolutions.com

Gia Marina
Clark Hill PLC
1700 S. Pavilion Center Drive Suite 500
Las Vegas, NV 89135
(702) 862-8300
gmarina@clarkhill.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AGUSTIN ANGEL HERNANDEZ,<br>                     Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC;<br>                     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No.  2:25-CV-2168<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE AS TO<br>EQUIFAX INFORMATION SERVICES,<br>LLC** |

IT IS HEREBY STIPULATED by and between Plaintiff Augustin Angel Hernandez ("Plaintiff") and Equifax Information Services, LLC ("Defendant"), in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that all of Plaintiff's claims against Defendant, Equifax Information Services, LLC are dismissed with prejudice and with each party to bear its own costs and attorneys' fees pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Respectfully Submitted,**

Dated: July 2, 2026

/s/*Robert M. Tzall*　　　　　　　　　　　　　/s/ *Gia Marina*
Robert M. Tzall　　　　　　　　　　　　　　　Gia Marina
**Contemporary Legal Solutions**　　　　　　**Clark Hill PLC**
*Attorneys for Plaintiff*　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Equifax Information Services, LLC*

**IT IS SO ORDERED.**

_____

**HONORABLE JUDGE JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**

**Date:  July 7, 2026**

- 2 -